# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

June 3, 2013

**VIA ECF**
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Civil Action No. 1:13-cv-01580-MKB-RML**
                **Taibe v. Viking Client Services, Inc.**

Dear Magistrate Judge Levy:

      I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendant's offer of settlement. Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

      In light of the settlement, I request the cancellation of the Initial Conference scheduled for July 26, 2013 at 2:15 p.m.

      Thank you for Your Honor's time and attention to this matter.

                                  Very truly yours,

                                  /s/ Maxim Maximov

                                  Maxim Maximov, Esq.